Entered: May 20th, 2019
Signed: May 17th, 2019

## SO ORDERED

Up to and including May 31, 2019.



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:     Case No.: **19–15701 – MMH**     Chapter: **13**

**Bernette Johnell Downs**
Debtor

## ORDER TO SHOW CAUSE
## WHY CASE SHOULD NOT BE DISMISSED
## FOR FAILURE TO COMPLETE REQUIRED FILINGS

By notice of the Court dated April 26, 2019, the above–captioned Debtor was admonished to file:

☑ Chapter 13 Plan

☑ Certificate of Mailing Plan to all creditors

☑ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income

☑ Schedules A/B D E/F G H I J and Declaration Concerning Debtor's Schedules

☑ Statement of Financial Affairs

☑ Other: Summary of Assets and Liabilities

within fourteen (14) days. Debtor has failed to comply with said Order. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Debtor show cause, if any there be, by the date designated above, in a writing filed with Clerk, U.S. Bankruptcy Court Baltimore Division, 101 West Lombard Street, Ste. 8530, Baltimore, Maryland 21201 why this case should not be dismissed, pursuant to 11 U.S.C. § 1307(c), for failure to complete required filings. Completion of the required filings by the same date shall dissolve this Order to Show Cause. Failure to complete the required filings within the time allowed, or failure to show cause which the Court considers adequate, may result in a dismissal of this case without further notice.

cc:    Debtor
       Attorney for Debtor – Brett Weiss
       Case Trustee – Nancy Spencer Grigsby

## End of Order

39x01 (rev. 12/01/2015) – cmbrown1