# In the United States Bankruptcy Court for the District of Maryland

In re:

**BERNETTE DOWNS,**

*Debtor.*

Bankruptcy No. 19-1-5701 MHH

Chapter 13

**MOTION TO EXTEND TIME TO FILE SCHEDULES**

**Now Comes** Debtor, by counsel The Weiss Law Group, LLC and Brett Weiss, and pursuant to Rule 9006(b)(1), moves this Court for an extension of time to file the Statement of Financial Affairs, Means Test, Schedules, and Chapter 13 Plan, and states:

1. Debtor had initially filed a "thin Petition," and the Statement of Financial Affairs, Means Test, Schedules, and Chapter 13 Plan have not yet been filed.

2. Debtor has been unable to finish gathering the materials necessary to prepare and file the statements, schedules and lists required by Rule 1007.

3. Counsel anticipates that he will be able to file such documents by June 12, 2019.

**Wherefore**, Debtor prays that the time for filing the Statement of Financial Affairs, Means Test, Schedules, and Chapter 13 Plan be extended to June 12, 2019.

Date: June 5, 2019

Respectfully Submitted,

THE WEISS LAW GROUP, LLC

By: /s/ Brett Weiss
BRETT WEISS, #02980
6404 Ivy Lane, Suite 650
Greenbelt, Maryland 20770
(301) 924-4400
brett@BankruptcyLawMaryland.com

## Certificate of Service

THE WEISS LAW
GROUP, LLC
6404 IVY LANE SUITE 650
GREENBELT, MD 20770
(301) 924–4400

  I hereby certify that on the 5th day of June, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing document will be served electronically by the Court's CM/ECF system on the following:

Nancy Spencer Grigsby, Chapter 13 Trustee

  I hereby further certify that on the 5th day of June, 2019, a copy of the foregoing document was also mailed first class mail, postage prepaid, to:

None

            /s/ Brett Weiss
            Brett Weiss